# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 24-5246** | **September Term, 2024** |
| | 1:23-cv-02711-RC |
| | **Filed On: April 23, 2025** [2112378] |

Robert Hunter Biden,

      Appellee

    v.

Internal Revenue Service,

      Appellee

Gary Shapley and Joseph Ziegler,

      Appellants

## O R D E R

Upon consideration of appellants' unopposed amended motion for extension of time to file the joint opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | May 21, 2025 |
| Appellees' Brief | June 20, 2025 |
| Appellants' Reply Brief | July 11, 2025 |
| Deferred Appendix | July 18, 2025 |
| Final Briefs | August 1, 2025 |

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk