# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| APPELLEE, ) | Case No. 24-5246 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES INTERNAL ) | |
| REVENUE SERVICE, ) | |
| ) | |
| APPELLEE. ) | |
| ) | |
| GARY SHAPLEY AND ) | |
| JOSEPH ZIEGLER, ) | |
| ) | |
| APPELLANTS. ) | |

## STIPULATED AGREEMENT OF DISMISSAL OF APPEAL

Appellant Gary Shapley, Appellant Joseph Ziegler, Appellee Robert Hunter Biden, and Appellee United States Internal Revenue Service, by and through undersigned counsel, pursuant to Federal Rule of Appellate Procedure 42(b)(1), hereby give notice of the stipulated dismissal of this appeal. This appeal is being dismissed based on the Stipulation of Voluntary Dismissal With Prejudice filed in

the underlying case (1:23-CV-2711, D.D.C., Doc. 52). All parties are responsible for their own costs and attorney's fees.

Respectfully submitted,

 /s/ *Justin K. Gelfand*
Justin K. Gelfand (D.C. Bar No. 90023996)
**MARGULIS GELFAND, LLC**
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
justin@margulisgelfand.com

/s/ *Mark D. Lytle*
Mark D. Lytle (D.C. Bar No. 1765292)
**NIXON PEABODY LLP**
799 9th Street NW, Suite 500
Washington, DC 20001
(202) 585-8000
mlytle@nixonpeabody.com

*Attorneys for Gary Shapley*

/s/ *Phillip D. Barber*
Phillip D. Barber (D.C. Bar No. 1032108)
Richard A. Harpootlian (pro hac vice)
**RICHARD A. HARPOOTLIAN, P.A.**
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

*Attorneys for Robert Hunter Biden*

/s/ *John P. Rowley III*
John P. Rowley III (D.C. Bar No. 392629)
**SECIL LAW PLLC**
1701 Pennsylvania Ave., N.W., Suite 200
Washington, DC 20006
(202) 642-0679
jrowley@secillaw.com

*Attorney for Joseph Ziegler*

/s/ *Geoffrey J. Klimas*
Geoffrey J. Klimas
United States Department of Justice, Tax Division
Post Office Box 502
Washington, DC 20044
(202) 514-3361
geoffrey.j.klimas@usdoj.gov

*Attorney for United States Internal Revenue Service*

## Certificate of Service

      I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Justin K. Gelfand*
Justin K. Gelfand
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: (314) 390-0230
Facsimile: (314) 485-2264
justin@margulisgelfand.com
*Counsel for Appellant Shapley*